# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:25–cv–11887–BRM–CI

Williams v. Grifols Plasma Center et al
Assigned to: District Judge Brandy R. McMillion
Referred to: Magistrate Judge Curtis Ivy, Jr
Cause: No cause code entered

Date Filed: 06/23/2025
Date Terminated: 06/25/2025
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Roosevelt Lashawn Williams**                                    represented by    **Roosevelt Lashawn Williams**
*Rosevelt–Lashawn of the Williams Family*                                              554 Boynton Ave
*(Trustee)*                                                                             Benton Harbor, MI 49022
                                                                                       PRO SE

V.

**Defendant**

**Grifols Plasma Center**

**Defendant**

**Donna LNU**

**Defendant**

**Samantha LNU**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/23/2025 | Ï 1 | COMPLAINT filed by Roosevelt Lashawn Williams against All Defendants (Attachments: # 1 Tort Claim) [SUBMITTED THROUGH PRO SE PORTAL] (NAhm) (Entered: 06/23/2025) |
| 06/23/2025 | Ï 2 | APPLICATION to Proceed without prepaying fees or costs by Roosevelt Lashawn Williams. [SUBMITTED THROUGH PRO SE PORTAL] (NAhm) (Entered: 06/23/2025) |
| 06/24/2025 | Ï 4 | Notice Regarding Parties' Responsibility to Notify Court of Address Changes (LHam) **[Centrally Printed for Service]** (Entered: 06/24/2025) |
| 06/25/2025 | Ï 5 | OPINION AND ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN. Signed by District Judge Brandy R. McMillion. (LHos) (Entered: 06/25/2025) |
| 06/25/2025 | Ï | TEXT–ONLY CERTIFICATE OF SERVICE re 5 Order mailed to Roosevelt Lashawn Williams, 554 Boynton Ave., Benton Harbor, MI 49022. (LHos) (Entered: 06/25/2025) |