FILED - GR
July 11, 2025 2:30 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: /mw/ 7/11/25

# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF MICHIGAN

ROOSEVELT LASHAWN WILLIAMS (GRANTOR)
PLAINTIFF

Roosevelt-Lashawn of the Williams Family (Trustee)
Third-Party Plaintiff

v.

HONORABLE: HALA Y. JARBOU
CASE No: 1:25-cv-696

GRIFOLS PLASMA CENTER, DONNA (LAST
NAME UNKNOWN), SAMANTHA (LAST NAME
UNKNOWN)
DEFENDANT(S)

_____/

## PETITION FOR ORDER TO COMPELL DISCOVERY/DISCLOSURE

As the Plaintiff(s) has made a good-faith effort attempt to obtaining the herein requested information prior to filing this said petition to no avail, that pursuant to Fed. R. Civ. Proc. Rule(s) 37(a) and 45, the Plaintiff(s) petitions this HONORABLE COURT for an ORDER to providing the herein listed below:

A) Any and ALL signed and dated complaints submitted against Plaintiff(s), to include but not limited to all video(s) supporting any submitted complaint(s). (Request is to prevent any false and/or fabricated statement(s) from being produced in attempt to cover or justify said act(s) of discrimination(s) and/or retaliation as stated in said complaint to which either video will show any one submitting a claim was actually present at the time of any alleged complaint of any inappropriate action(s) along with any reaction(s) to said encounter,

furthermore said request is to eliminate the possibility of such claims being made after the initiation of said civil action(s));

B) Any and ALL registered/filed **_POLICY_** and/or **_POLICIES_** to included but not limited to Articles of Incorporation, showing date of implementation and/or revision(s) made, prohibiting/restricting a "DONOR" from visiting/accessing/and/or using another PLASMA CENTER, especially one owned and operated by the same company;

C) Any signed and dated documentation, to include but not limited to any supporting video(s) witnessing said interaction(s) between the Plaintiff(s) and DEFENDANT(S), acknowledging any said claim of complaint(s) being levied/lodged against the Plaintiff(s);

D) Any and ALL Kiosk record(s) of Plaintiff(s) attempting to "Cross-Donate", donate twice in the same day at different facilities, donation attempts outside of scheduled donation date along with video(s) supporting any such claim(s)/allegation(s);

E) Any and ALL video(s) of Plaintiff(s) for June 14, 2025. Video may or may not contain sound, either way said video will show that at NO time does or did the Plaintiff(s) ever assert nor demonstrate any hostility as witnessed by Plaintiff(s) and DEFENDANT(S) body language; and

F) Any and ALL claims of adverse action(s) by the DEFENDANT(S) against said Plaintiff(s) be supported via matching video(s) and not just word of mouth.

Plaintiff(s) hereby preserve/reserve a claim for additional relief.

## ***PETITION FOR SUMMARY JUDGEMENT***

Should the DEFENDANT(S) fail to provide ANY of the above requested within in 28 days, to which any claims of there being no available video(s), shall constitute as admittance to the following:

1) There being no valid rule/policy being enforced;
2) That said act(s) were done with malice intent;

3) That said act(s) were done in retaliation for exercising protected RIGHT(S); and
4) That no valid defense for said action(s) is available

Satisfying Fed. R. Civ. Proc. Rule 56, that there's no genuine dispute to the facts as stated in submitted claim by the Plaintiff(s) **SUMMARY JUDGMENT** is hereby requested to be entered in favor of the Plaintiff(s).

Without Prejudice All Rights Reserved

UCC 31-308

In an Authorized Representative Capacity
Roosevelt-Lashawn of the Williams, Sui Juris (Trustee)
All Rights Reserved

## CERTIFICATE OF SERVICE

We do hereby certify under penalty of perjury that on this Seventh Day of July in the Year of Our Lord Two Thousand Twenty-Five to mailing via first class mail a copy of this said presentment to all listed parties.

Without Prejudice All Rights Reserved

UCC 31-308

In an Authorized Representative Capacity
Roosevelt-Lashawn of the Williams, Sui Juris (Trustee)
All Rights Reserved

ROOSEVELT LASHAWN WILLIAMS (GRANTOR)
C/O 554 BOYNTON AVE
BENTON HARBOR, MI (49022) under necessity
E-mail: memoflightorganization@gmail.com


GRIFOLS PLASMA CENTER et al,


CASE NO: 1:25-cv-696


Date *June 7 2025*


RE: COURT PETITION(S)


Enclosed Petitions



S/Roosevelt-Lashawn of the Williams Family

ROOSEVELT L. WILLIAMS
& 554 BOYNTON AVE
BENTON HARBOR, MI (49022) (Under Necissity

9 JUL 2025    AM 5   L

UNITED STATES DISTRICT CLERK OF COURT
399 FEDERAL BUILDING
110  MICHIGAN N. W
GRAND RAPIDS  MI 49503-2363

49503-236399