**FILED - GR**
July 21, 2025 1:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: ᵕⁿˢ / 7/22

UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF MICHIGAN


ROOSEVELT LASHAWN WILLIAMS (GRANTOR)
    PLAINTIFF

Roosevelt-Lashawn of the Williams Family (Trustee)
    Third-Party Plaintiff


v.

GRIFOLS PLASMA CENTER, DONNA
(Last Name Unknown), SAMANTHA
(Last Name Unknown)
    DEFENDANT(S)

_____/

HONORABLE: HALA Y. JARBOU
CASE NO. 1:25-cv-696


## OBJECTION TO REPORT AND RECOMMENDATION


### I) DISCUSSION

Ray Kent, doing-business-as (d/b/a) "UNITED STATES MAGISTRATE JUDGE RAY KENT" frivolously states as grounds for dismissal that the "PLAINTIFF" complaint is based on "SOVEREIGN CITIZEN NONSENSE" and the plaintiff being a citizen of an imaginary country. Ray Kent does not adhere to the herein stated U.S SUPREME COURT CASE RULING(S) or his OATH of OFFICE. Ray Kent reference to the UNIFORM COMMERCIAL CODE as being equated to issues of Nationality has no bearing on the issues being raised in said complaint while negating his obligated non-discriminatory duties.

## *AFFIDAVIT IN SUPPORT OF STATEMENT ISPO FACTO*

*"Indeed, no more than affidavits is*
*Necessary to make the prima facie case."*
*United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981)*

### A.  *AVERMENT I*

The PLAINTIFF, exactly as written and/or spelled. ROOSEVELT LASHAWN WILLIAMS has been legally registered and clearly established as follows:

   i.    A Fictitious Name, Entity, Business, as witnessed via ATTACHMENT (A) "FICTITIOUS NAME CERTIFICATE" to which, exactly as written and/or spelled, Roosevelt-Lashawn of the Williams Family is the owner thereof. (See ATTACHMENT (A));

   ii.   Exactly as written and/or spelled, Roosevelt-Lashawn of the Williams Family is and has been d/b/a, exactly as written and/or spelled ROOSEVEL LASHAWN WILLIAMS, R.L. WILLIAMS etc... That Roosevelt-Lashawn of the Williams Family is the Secured Party of the d/b/a ROOSEVELT L. WILLIAMS and that Roosevelt-Lashawn of the Williams has a perfected security interest in the d/b/a ROOSEVELT LASHAWN WILLIAMS filed with the UNIFORM COMMERCIAL CODE (U.C.C) DIVISION. (See Attachment (B) U.C.C-1 FINANCING STATEMENT. As statement contains personal private information, DEFENDANT(S) copies has been redacted);

   iii.  That, exactly as written and/or spelled ROOSEVELT LASHAWN WILLIAMS is a registered ESTATE TRUST with the INTERNAL REVENUE SERVICE (IRS) verifiable via the EMPLOYEE IDENTIFICATION NUMBER (E.I.N) 39-6868911. (For protection and privacy reasons the E.I.N has been redacted in DEFENDANT(S) copies); and

   iv.   That, exactly as written and/or spelled ROOSEVELT LASHAWN WILLIAMS is a Foreign Trust verifiable with the IRS via E.I.N 98-6142566. (For protection and privacy reasons the E.I.N has been redacted in the DEFENDANT(S) copies)

In all instances, exactly as written and/or spelled, via empowerment of Article I § 10 of the **united States of America Constitution,** Roosevelt-Lashawn of the Williams Family, has been appointed as the Executor/Trustee/Authorized Representative legally and lawfully to handle any and all affairs, to include but not limited to bringing fourth this claim in and/or on behalf of ROOSEVELT LASHAWN WILLIAMS.

To clear Ray Kent's obfuscation of the PLAINTIFF and the Trustee, as a reminder of the U.S. SUPREME COURT RULING hereby references U.S. SUPREME COURT Ruling(s) that

separates Individuals from CORPORATION(S) and the fact(s) that a Individual's rights are completely separate and different of those of a CORPORATION'S.

*Hale v. Henkel, 201 U.S. 43 (1906)* "we are of the opinion that there is a clear distinction in this particular between an individual and a corporation, and that the latter has no right to refuse to submit its books and papers for an examination at the suit of the State. The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to criminate him. He owes no such duty to the State, since .he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights. Upon the other hand, the corporation is a creature of the State. It is presumed to be incorporated for the benefit of the public. It receives certain special privileges and franchises, and holds them subject to the laws of the State and the. Limitations of its charter. Its powers are limited by law. It can make no contract not authorized by its charter. Its rights to HALE v. HENKEL, 201 U.S. Opinion of the Court act as a corporation are only preserved to it so long as it obeys the laws of its creation. [sic]"

The PLAINTIFF has legally and lawfully clearly distinguished, as witnessed by the variation of capitalization of lettering in "Name" and the hyphen usage, the individual from the corporation and that the Individual is authorized by law and rights to function as that in a Authorized Representative Capacity, the Executor of the Estate and the Trustee of a Foreign Trust.

## B. *AVERMENT II*

Article III of the U.S. Constitution establishes the judicial branch of the federal government, vesting the judicial power in the Supreme Court and other federal courts established by Congress. It outlines the jurisdiction of the federal courts, including cases arising under the Constitution, federal laws, and treaties, as well as cases involving the United States, states, and citizens of different states. This HONORABLE COURT being a Article III of the U.S. CONSTITUTION is authorized to hear claims of violations of constitutional rights thereby no claim of lack of subject matter jurisdiction exists.

In a system founded on the rule of law, federal courts are bound to uphold the US Constitution and cannot ignore constitutional violations. This principle is firmly rooted in landmark Supreme Court cases:

*Marbury v. Madison (1803)*: This case established the power of judicial review, where the Supreme Court can declare an act of Congress or the executive branch unconstitutional. In doing so, the Court asserted its role in ensuring that the other branches of government operate within their constitutional limits. *Marbury v. Madison, 5 U.S. 137 (1803)*

*Cooper v. Aaron (1958)*: In the context of school desegregation, the Court affirmed that its interpretations of the Constitution are binding on all state officials, including governors and state legislators. State officials are not free to disregard federal court decisions on civil rights issues. The decision underscored the principle of judicial supremacy, meaning that the Supreme Court's interpretation of the Constitution is the supreme law of the land. Federal courts are designed to ensure that individual rights and liberties are protected, and that no government entity, state or federal, can infringe upon those rights with impunity. This commitment to the rule of law necessitates that federal courts act when constitutional violations are present. *Cooper v. Aaron, 358 U.S. 1 (1958)*

The PLAINTIFF(S) clearly describes who it is that has violated specific Rights secured via the **united States of America Constitution**, has clearly stated how said Rights were and are being violated, and when those Rights were violated.

The mere mention of the violation by the d/b/a UNITED STATES MAGISTRATE JUDGE RAY KENT is not the same as addressing and ruling upon the acknowledge mentioned violations but is contrary to the U.S. SUPREME COURT RULING(S) of not ignoring claims of violation(s) of rights while allowing said protected rights to being infringed upon, to which any assertable defenses is hereby collateral barred estopped applying Fed R. Civ. Proc. Rule (8)(b)(6). Federal Rule of Civil Procedure 8(b)(6) states that if a responsive pleading is required and an allegation is not denied, it is admitted. This means that if a party fails to specifically deny a statement made in a pleading, that statement is considered admitted for the purposes of the lawsuit.

### C. *AVERMENT III*

Federal Rule of Civil Procedure 2 (Rule 2) states that there is only one form of action in federal court, the "civil action". This rule effectively eliminates the distinction between law and equity in federal court procedure, meaning all actions are considered civil actions. Civil cases are initiated by individuals or entities to seek redress for harm or to resolve disputes related to private rights and obligations. Commercial actions are a subset of civil actions that specifically involve disputes between businesses or individuals engaged in commercial activities.

Pursuant to UCC § 1-308, "all rights reserved" in a legal context, particularly when used with a signature, means that the person signing the document is reserving their rights and not waiving them, specifically in relation to performance or acceptance of a contract

or agreement. It indicates they are not bound by the terms of the agreement without explicitly agreeing to them, and they are protecting themselves from potential liabilities.

It's perplexing as to how Ray Kent d/b/a UNITED STATES MAGISTRATE JUDGE RAY KENT is unaware to the following:

(a) *TITLE  28 U.S.C § 3002 (15) "United States"* means (A) a Federal corporation; (B) a department, commission, board, or other entity of the United States; or (C) an instrumentality of the United States;

(b) The *united States of America Constitution* clearly stating *"Republic Form of Government"* as to the existence of the Republic of Michigan and/or Michigan Republic as not being imaginary;

(c) The *UNIFORM COMMERCIAL CODE (U.C.C.)*, being a established uniform law throughout all fifty states relates/relating to Commercial Transaction and NOT to issues of NATIONALITY/Citizenship;

(d) The inability to differentiate the difference between Commercial Transactions, Commercial Law(s), and those of Nationality claims/issues;

(e) That a signature with all rights reserved pursuant to U.C.C § 1-308, pertains to reserving ones rights in contracting and has nothing to do with Nationality/Citizenship;

(f) That preventing, exactly as written and/or spelled Roosevelt-Lashawn of the Williams Family from acting in his legal and lawfully appointed capacity will be a clear violation of Article I § 10 of the *united States of America Constitution* via impairment of existing said contract(s) to include but limited to Foreign Private Revocable Trust Agreement, Security Agreement...etc....; and

(g) As stated by the UNITED STATES SUPREME COURT, the mandatory nondiscretionary obligated duty/duties to uphold the UNITED STATES CONSTITUTION and not ignore constitutional violations, to which has been clearly done.

Ray Kent, d/b/a UNITED STATES MAGISTRATE JUDGE RAY KENT, has mendaciously and with malicious intent stated, without any supporting facts, "that the complaint is based on Sovereign citizen nonsense," while insulting and stultifying UNITED SUPREME COURT JUSTICES is such cases where they have stated *Yick Wo v. Hopkins, 118 U.S. 356 (1886)*, "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but, in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power. [sic]" to which in accordance with UNITED STATES MAGISTRATE JUDGE RAY KENT is a nonsense

statement/ruling by a COURT that is Superior. No where in the presented pleading is the word(s) nor reference to, what the Supreme Court has already decreed, sovereignty is ever made, mentioned, or used.

### D. *AVERMENT IV*

U.S. Code Title 28 U.S. Code § 455 - Disqualification of justice, judge, or magistrate judge (a)Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

As Ray Kent d/b/a UNITED STATES MAGISTRATE JUDGE RAY KENT has been trained and versed in the law as evidenced by different document(s), to include but not limited to said "License" to practice law, and OATH OF OFFICE taken and action(s) of attempting to apply a unrelated issue as grounds of dismissal demonstrated in this said proceeding gives cause or rise to claims of impartiality towards anyone aware of such cited above case of *Yick Wo v. Hopkins, 118 U.S. 356 (1886)*, and other cases like it as there's no reason to mention anything pertaining to Sovereignty as there's no mention of it [n]or anything related thereto and cause of claim under TITLE 18 U.S.C §§ 241;242 to which due and sufficient notice is hereby given of the intent to initiate a inquiry with the DEPARTMENT OF JUSTICE as the action(s) of the UNITED STATES MAGISTRATE JUDGE RAY KENT is being perceived as those with the intent of intentional deprivation of rights secured via the *united States of America Constitution* based on clearly displayed bias and prejudice towards anyone aware of said UNITED STATES SUPREME COURT case as previously mentioned and the likes thereof, while further demonstrating a dictatorship mentality, further more mentioning with no reason the "SOVEREIGN CITIZEN MOVEMENT" to which has nothing to do with the claim before this HONORABLE COURT. No where in the pleading is there any mention of the word(s) Sovereign, Private Citizen, Indigenous or the likes thereof appear [n]or any language thereof

## *CONCLUSION*

A claim of violation(s) of Constitutional Rights has been properly asserted, to which UNITED STATES MAGISTRATE JUDGE RAY KENT has acknowledge the mention of said violation(s) being claimed in said filed claim, to which was not addressed, ruled on [n]or denied as being without merit, to which pursuant to Fed R. Civ Proc. Rule 8(b)(6) *"IT IS ADMITTED"*

Courts, Officers of the Courts, and those acting Under Color of Law have a non-discretionary obligation to fulfill, enforce, and protect the Constitution and the rights provided therein. The issue before this HONORABLE COURT is not that of the COURT'S existence but the question of the violation of rights secured via the *united States of America Constitution*.

The UNITED STATES MAGISTRATE JUDGE RAY KENT claim of "In summary, the allegations in the complaint are based on sovereign citizen nonsense" in false, frivolous, and without merit as there's no mention of any word(s) pertaining to sovereignty located nowhere in said complaint.

The **REPORT and RECOMMENDATION** reason for DISMISSAL is frivolous and without MERIT. As the complaint does not raise issues of NATIONALITY but those of CONSTITUTIONAL RIGHT VIOLATIONS to which all COURTS are bound to address and restricted from ignoring. Therefore, the REPORT and RECOMMENDATION should be DENIED.

I, Roosevelt-Lashawn of the Williams Family, do hereby, certify, attest, depose, and/or do say under penalty of perjury that the herein stated is to the best of knowledge, understanding, information, and belief is True, Correct, and Not Misleading. So Help me Allah [SWT].

Without Prejudice, All Rights Reserved

Roosevelt-Lashawn of the Williams Family (Trustee)

STATE OF _____Michigan_____

COUNTY OF _____Calhoun_____

SUBSCRIBED and SWORN to before _____Justin Stark_____ This ___15___
Print Notary Public Name

Day of ___July___, in the Year of Our LORD Two Thousand__25__

MY COMMISSION EXPIRES ON _____1/15/29_____SEAL/STAMP

Notary Public Signature _____

JUSTIN STARK
Notary Public - State of Michigan
County of Calhoun
My Commission Expires Jan 15, 2029
Acting in the County of ___Calhoun___

## CERTIFICATE OF SERVICE

I, WE do hereby certify under penalty of perjury that on this _Fifteenth_ Day of _July_____, in the Year of Our LORD Two Thousand Twenty-Five to mailing via First Class mail a copy of this said presentment to all listed parties.



1 a 5 A. Boynton Ave
Benton Harbor, MI. (49022)
Light
under Necessity

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BUILDING
110 MICHIGAN N.W.
GRAND RAPIDS, MI 49503-2363