# ATTACHMENT

# A

# FICTITIOUS NAME CERTIFICATE

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 11748648
Filing Number: 2409207710201
Filing Date/Time: 09/20/2024 04:37 PM
Effective Date/Time: 09/20/2024 04:37 PM

## Fictitious Name - Fictitious Name Certificate

### Fictitious Name

Fictitious Name:    ROOSEVELT LASHAWN WILLIAMS

### Applicant Information

| Name | Address | Email |
|---|---|---|
| Roosevelt- Lashawn of the Williams Family | 554 Boynton Ave, Benton Harbor, MI, 49022, USA | menoflightorganization@gmail.com |

### Signature Information

Date Signed: 09/20/2024

| Printed Name | Signature | Title |
|---|---|---|
| Roosevelt- Lashawn of the Williams Family | Roosevelt-Lashawn of the Williams Family | Owner |