ATTACHMENT

B

UNIFORM COMMERCIAL CODE FINACING STATEMENT

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240923000707-2**

Filing Date and Time: 09/23/2024 06:51 PM

Total Number of Pages: 2

*(This document was filed electronically)*

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Roosevelt Lashawn Williams

**B. E-MAIL CONTACT AT FILER (optional)**
uptodatewear@gmail.com

**C. SEND ACKNOWLEDGEMENT TO:  (Name and Address)**
Roosevelt Lashawn Williams
554 Boynton Ave
Benton Harbor, MI 49022 USA

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ∈ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| R.L. WILLIAMS | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 554 Boynton Ave | Benton Harbor | MI | 49022 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ∈ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| williams | roosevelt- | lashawn | Sr. |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 554 Boynton Ave | Benton Harbor | MI | 49022 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

This is the entry of t he collateral record owner;exactly as written and/or spelled Roosevelt-Lashawn Williams and Debtor,exactly as written and/or spelled, R. L. WILLIAMS in the Commercial Chamber under necessity and the following property is hereby registered in the same; *filed FICTITIOUS NAME CERTIFICATE, Entity ID 11748648 File No. 2409207710201 filed with the Commonwealth of Virginia State of Corporation Commission Office of the Clerk*; ALL Standard Live Birth Document(s) Identifying Number(s) 121-0133685 and corresponding Bond Number(s) are hereby liened and claimed as a sum certain $100,000,000.00; MICHIGAN DRIVER LICENSE NO. ▓▓▓▓▓▓▓, SSN/UCC Contract Trust Account-prepaid account No. xxx-xx-6928; Exemption Identification Number xxxxx6928; Security Agreement No. 123108-RLW-SA; Power of Attorney No. 123108-RLW-POA; Common Law Copyright Notice No. 123108-RLW-CCN; Hold Harmless & Indemnity Agreement No, 123108-RLW-HHIA; MEN OF LIGHT ORGANIZATION ARTICLES OF INCORPORATION and ALL attachments thereto/thereof. Said registration is to secure the rights, titles, and interest in and of the Root (chain) of Title and Claims arising from said Stndard of Live Birth Document(s) as recieved by the STATE OF MICHIGAN and the MICHIGAN VITAL RECORDS OFFICE (DIVISION OF VITAL STATISTICS), and all Debentures, Indentures, Accounts, and all the Pledges represented by the same including but not limited to the pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom, NUNC PRO TUNC, but not limited to all capitalized names: ROOSEVELT LASHAWN WILLIAMS; WILLIAMS; ROOSEVELT LASHAWN; ROOSEVELT WILLIAMS; ROOSEVELT L. WILLIA,MS; R.L. WILLIAMS OR ANY derivatives thereof, to include the use of the surname WILSON instead of WILLIAMS, and all contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owners name predicated on the Straw-man, LLC (ENS LEGIS) described as the Debtor and all property is accepted For Value and is Exempt From Levy. Record owner is not the guarantor or surety to any other account by explicit reservation. Adjustment of this filing is from *Public Policy HJR-192 and UCC 1-104.* All proceeds, products, accounts, baggage and fixtures and the Orders therefrom are to be released to the Secured Party as the authorized representative of the Debtor. Debtor is a commercial transmitting utility and is a trust.

5.  Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ∈ being administered by a Decedent's Personal Representative

6a.  Check only if applicable and check only one box:
∈ Public-Finance Transaction ∈ Manufactured-Home Transaction ∈ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
∈ Agricultural Lien ∈ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ∈ Lessee/Lessor ∈ Consignee/Consignor ∈ Seller/Buyer ∈ Bailee/Bailor ∈ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
  **The Secured Party has been clearly distinguished from the Debtor as recognized by the Certificate of**

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)