**FILED - GR**
August 13, 2025 11:49 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: KD 8-14

UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF MICHIGAN


ROOSEVELT LASHAWN WILLIAMS (GRANTOR)
  PLAINTIFF

Roosevelt-Lashawn of the Williams Family (Trustee)
  Third-Party Plaintiff


v.                                    HONORABLE: HALA Y. JARBOU
                                      CASE NO. 1:25-cv-696



GRIFOLS PLASMA CENTER, DONNA
(Last Name Unknown), SAMANTHA
(Last Name Unknown)
    DEFENDANT(S)

_____/


ROOSEVELT LASHAWN WILLIAMS
554 BOYNTON AVE
BENTON HARBOR REPUBLIC OF MICHIGAN (49022)
menoflightorganization@gmail.com
(269)849-6112

REQUEST FOR SUMMARY JUDGMENT

I, *Roosevelt-Lashawn of the Williams Family*, do hereby certify, attest, depose, do say, and/or declare under penalty of perjury, that the foregoing herein stated statements, averments, and/or declared, to the best of my knowledge, belief, information, and/or understanding, to be Not Misleading, Accurate, Correct, and the Truth, The Whole Truth and Nothing but SO Help Me Allah [SWT].

## *AFFIDAVIT IN SUPPORT OF SUMMARY JUDGMENT*

"INDEED, NO MORE THAN AFFIDAVITS IS
NECESSARY TO MAKE THE PRIMA FACIE CASE."
UNITED STATES V. KIS, 658 F.2D 526, 536 (7ᵀᴴ CIR. 1981)

## *AVERMENT(S)*

1. On July 3, 2025, notice of civil action(s) was mailed to the above-named Defendant(s):

2. As of today's date, NO response has been received from the DEFENDANT(S).;

3. Plaintiff(s) requested Punitive damages in the amount of $120,000.00 U.S. dollar currency per day of prohibited access to the GRIFOLS PLASMA DONATION CENTER, to which as of today's dates has been approximately (39) days of being prohibited access to which totals $ 4,680,000.00 U.S. dollars currency;

4. Plaintiff(s) requested Punitive damages in the amount of $120,000.00 U.S. dollars currency per person involved/given notice of said violation(s), to which the law of the Principal and Agent is applicable, GRIFOLS PLASMA CENTER has an estimated 23,800 employees brings total to $2,856,000,000.00 U.S. dollars currency.;

5. Plaintiff(s) requested Punitive damages in the amount of $ 120,000.00 per person per violation(s) which is as follows: (i) Amendment I of the *united States of America Constitution "FREEDOM OF SPEECH"*; (ii) Amendment XIV of the *united States of America Constitution "EQUAL PROTECTION CLAUSE"*; (iii) Discrimination; and (iv) Retaliation which totals to $ 11,424,000,000.00 U.S. dollars currency.;

Pursuant to *Fed. R. Civ. Proc. 12(1)* DEFENDANT(S) are required to file with the COURT and PLAINTIFF(S) a response to any and all claims being asserted against him/her/them within (21) days of receipt of said ***SUMMONS AND COMPLAINT/NOTICE OF CIVIL ACTION(S) BEING COMMENCED***. Said NOTICE was mailed out to the DEFENDANT(S) on the Third day of July in the Year of Our LORD Two Thousand Twenty-Five. As of today's date, NO response has been received from the above-named DEFENDANT(S) to which has exceeded the (21) day response deadline as stated in *Fed. R. Civ. Proc. 12(1).*

Pursuant to *Fed. R. Civ. Proc 55(a)(b)(1),* upon being provided with an ***AFFIDAVIT*** by the PLAINTIFF(S), stating the amount owed, which is a total of $ 14,284,680,000.00 U.S. dollars currency, the ***CLERK OF THE COURT***, without a judge shall enter default judgment in favor of the PLAINTIFF(S).

***Furthermore,*** pursuant to *Fed. R. Civ. Proc. 73* and *28 U.S.C § 636(c)* ***PLAINTIFF(S) DOES NOT CONSENT*** to the MAGISTRATE JUDGE conducting/involvement of this civil action.

PLAINTIFF(S) hereby request the CLERK OF THE COURT, pursuant to the above cited COURT RULE(S), to ENTER DEFAULT JUDGMENT in favor of the PLAINTIFF(S) for the requested sought relief/amount shown herein.



S/
Roosevelt-Lashawn of the Williams Family
All Rights Reserved/Without Prejudice
Sui Juris

SEAL Pursuant to FRE R 902



Roosevelt L. Williams
c/o 554 Boynton Ave
Benton Harbor, MI. (49022)
Under Necessity

GRAND RAPIDS MI 493

11 AUG 2025 AM 5 L

1775



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
CLERK OF THE COURT
339 FEDERAL BUILDING
110 MICHIGAN STREET NORTH WEST
GRAND RAPIDS, MICHIGAN 49503

49503-231789