**1**

**SUBSCRIBED AND SWORN TO before** _Justin Stark_

**Notary Public Print Name**

**This** _8_ **, Day Of,** _August_

**In The Year of Our LORD Two Thousand Twenty** _25_

**NOTARY PUBLIC OF** _Calhoun_ **COUNTY**

**STATE OF** _Michigan_

**MY COMMISSION EXPIRES ON** _1/15/29_

_____ **SEAL/STAMP:**

**Notary Public Signature**

JUSTIN STARK
Notary Public - State of Michigan
County of Calhoun
My Commission Expires Jan 15, 2029
Acting in the County of _Calhoun_

## CERTIFICATE OF SERVICE

I, WE do hereby certify under penalty of perjury that on this _Eighth_ Day of
_August_, in the Year of Our LORD Two Thousand Twenty-
Five to mailing via First Class mail a copy of this said presentment to all
listed parties.

**Further Affiant Sayeth Not. SO MOTE TO BE**