**FILED - GR**
August 15, 2025 12:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: ___ / 8-15

# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF MICHIGAN

ROOSEVELT LASHAWN WILLIAMS (GRANTOR)
   PLAINTIFF

Roosevelt-Lashawn of the Williams Family (Trustee)
   Third-Party Plaintiff

v.

                                 HONORABLE: HALA Y. JARBOU
                                 CASE NO. 1:25-cv-696

GRIFOLS PLASMA CENTER, DONNA
(Last Name Unknown), SAMANTHA
(Last Name Unknown)
   DEFENDANT(S)

_____/

ROOSEVELT LASHAWN WILLIAMS
554 BOYNTON AVE
BENTON HARBOR REPUBLIC OF MICHIGAN (49022)
menoflightorganization@gmail.com
(269)849-6112

REQUEST FOR DEFAULT JUDGMENT

I, *Roosevelt-Lashawn of the Williams Family*, do hereby certify, attest, depose, do say, and/or declare under penalty of perjury, that the foregoing herein stated statements, averments, and/or declared, to the best of my knowledge, belief, information, and/or understanding, to be Not Misleading, Accurate, Correct, and the Truth, The Whole Truth and Nothing but SO Help Me Allah [SWT].

## *AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT*

"INDEED, NO MORE THAN AFFIDAVITS IS
NECESSARY TO MAKE THE PRIMA FACIE CASE."
UNITED STATES V. KIS, 658 F.2D 526, 536 (7ᵀ CIR. 1981)

## *AVERMENT(S)*

1. On July 3, 2025, notice of civil action(s) was mailed to the above-named Defendant(s):

2. As of today's date, NO response has been received from the DEFENDANT(S).;

3. Plaintiff(s) requested Punitive damages in the amount of $120,000.00 U.S. dollar currency per day of prohibited access to the GRIFOLS PLASMA DONATION CENTER, to which as of today's dates has been approximately (73) days of being prohibited access to which totals $ 8,760,000.00 U.S. dollars currency;

4. Plaintiff(s) requested Punitive damages in the amount of $120,000.00 U.S. dollars currency per person involved/given notice of said violation(s), to which the law of the Principal and Agent is applicable, GRIFOLS PLASMA CENTER has an estimated 23,800 employees brings total to $2,856,000,000.00 U.S. dollars currency.;

5. Plaintiff(s) requested Punitive damages in the amount of $ 120,000.00 per person per violation(s) which is as follows: (i) Amendment I of the *united States of America Constitution "FREEDOM OF SPEACH"*; (ii) Amendment XIV of the *united States of America Constitution "EQUAL PROTECTION CLAUSE"*; (iii) Discrimination; and (iv) Retaliation which totals to $ 11,424,000,000.00 U.S. dollars currency.;

Pursuant to *Fed. R. Civ. Proc. 12(1)* DEFENDANT(S) are required to file with the COURT and PLAINTIFF(S) a response to any and all claims being asserted against him/her/them within (21) days of receipt of said *SUMMONS AND COMPLAINT/NOTICE OF CIVIL ACTION(S) BEING COMMENCED*. Said NOTICE was mailed out to the DEFENDANT(S) on the Third day of July in the Year of Our LORD Two Thousand Twenty-Five. As of today's date, NO response has been received from the above-named DEFENDANT(S) to which has exceeded the (21) day response deadline as stated in *Fed. R. Civ. Proc. 12(1)*.

Pursuant to *Fed. R. Civ. Proc 55(a)(b)(1),* upon being provided with an ***AFFIDAVIT*** by the PLAINTIFF(S), stating the amount owed, which is a total of $ 14,288,760,000.00 U.S. dollars currency, the ***CLERK OF THE COURT***, without a judge shall enter default judgment in favor of the PLAINTIFF(S).

*Furthermore,* pursuant to *Fed. R. Civ. Proc. 73* and *28 U.S.C § 636(c) PLAINTIFF(S) DOES NOT CONSENT* to the MAGISTRATE JUDGE conducting/involvement of this civil action.

PLAINTIFF(S) hereby request the CLERK OF THE COURT, pursuant to the above cited COURT RULE(S), to ENTER DEFAULT JUDGMENT in favor of the PLAINTIFF(S) for the requested sought relief/amount shown herein.

S/ Roosevelt-Lashawn of the Williams Family
All Rights Reserved/Without Prejudice
Sui Juris



SEAL Pursuant to FRE R 902

*SUBSCRIBED AND SWORN TO before* ___Justin Stark___
                                        **Notary Public Print Name**

*This* _____11_____ *, Day Of,* ___August_____

*In The Year of Our LORD Two Thousand Twenty* _25_____

*NOTARY PUBLIC OF* ___Calhoun_____ **COUNTY**

*STATE OF* ___Michigan_____

*MY COMMISSION EXPIRES ON* ___1/15/29_____

_____ **SEAL/STAMP:**
*Notary Public Signature*

> JUSTIN STARK
> Notary Public - State of Michigan
> County of Calhoun
> My Commission Expires Jan 15, 2029
> Acting in the County of ___Calhoun___

## CERTIFICATE OF SERVICE

I, WE do hereby certify under penalty of perjury that on this ___Eleventh___ Day of ___August_____, in the Year of Our LORD Two Thousand Twenty-Five to mailing via First Class mail a copy of this said presentment to all listed parties.

*Further Affiant Sayeth Not. SO MOTE TO BE*



Roosevelt L. Williams
c/o 575 A Boynton Ave
Benton Harbor, MI. (49022)
Under Necessity

GRAND RAPIDS MI 493

13 AUG 2025 PM 5 L

1775



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
CLERK OF THE COURT
339 FEDERAL BUILDING
110 MICHIGAN STREET NORTH WEST
GRAND RAPIDS, MICHIGAN 49503

49503-231789