UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF MICHIGAN

**FILED - GR**
August 15, 2025 12:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: _KD_ / 8-15

ROOSEVELT LASHAWN WILLIAMS
C/O 554 BOYNTON AVE
BENTON HARBOR, MI (49022)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
 CLERK OF THE COURT
339 FEDERAL BUILDING
110 MICHIGAN STREET NORTH WEST
GRAND RAPIDS, MICHIGAN 49503

RE: CORRECTION OF AFFIDAVIT

CASE NO. *1:25-cv-696*

CLERK OF THE COURT

The enclosed documents are to correct the previous submitted  wrongly-titled Affidavit that was mistakenly titled as a "AFFIDAVIT IN SUPPORT OF SUMMARY JUDGMENT" the correct title of the documents is "AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT". Furthermore giving due and sufficient notice of the intent either via Judicial Proceeding or any other available remedies of seeking revocation of GRIFOLS PLASMA CENTER FEDERAL FUNDING(S).

Sincerely,

S/ ~~Roosevelt-Lashawn Williams Family~~

Roosevelt-Lashawn of the Williams Family

Sui Juris

All Right Reserved, Without Prejudice

## CERTIFICATE OF SERVICE

I, WE do hereby certify under penalty of perjury that on this _Eleventh_ Day of _August_, in the Year of Our LORD Two Thousand Twenty-Five to mailing via First Class mail a copy of this said presentment to all parties.

Case 1:25-cv-00696-HYJ-RSK    ECF No. 15-1, PageID.47    Filed 08/15/25    Page 3 of 3



Roosevelt L. Williams
c/o 575 A. Boynton Ave
Benton Harbor, MI. (49022)
Under Necessity



GRAND RAPIDS MI   493

13 AUG 2025   PM 5   L

1775

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
CLERK OF THE COURT
339 FEDERAL BUILDING
110 MICHIGAN STREET NORTH WEST
GRAND RAPIDS, MICHIGAN 49503

49503-231789