FILED - GR
August 25, 2025 2:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: KD / 8-25

# UNITED STATES DISTRICT COURT

## FOR THE

## WESTERN DISTRICT OF MICHIGAN

ROOSEVELT LASHAWN WILLIAMS (GRANTOR)
   PLAINTIFF
Roosevelt-Lashawn of the Williams Family (Trustee)
   Third-Party Plaintiff

v.

                                 HONORABLE: HALA Y. JARBOU
                                 CASE NO. 1:25-cv-696

GRIFOLS PLASMA CENTER, DONNA
(Last Name Unknown), SAMANTHA

(Last Name Unknown)
   DEFENDANT(S)
_____/

## MOTION TO WITHDRAW MOTION FOR DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. Proc. Rule 41, the above-named PLAINTIFF humbly humiliated, for the assumption of, Pursuant to Fed R. Civ. Proc. Rule 4 ,the DEFENDANTS, from other civil proceedings where the DENFENDANT(S) has already been served prior to an issuing of a MAGISTRATE JUDE'S Issuing of a REPORT AND RECOMMENDATION, being served hereby, with apologies to the CLERK OF THE COURT on behalf of the PLAINTIFF, withdraw the prematurely submitted "MOTION FOR DEFAULT JUDGMENT".

S/ _____
Roosevelt-Lashawn of the Williams Family (Grantor)
Sui Juris, All Rights Reserved

1 of 2

CERTIFICATE OF SERVICE

I, WE do hereby certify under penalty of perjury that on this _Twenty Second_ Day of _August_____, in the Year of Our LORD Two Thousand Twenty-Five to mailing via First Class mail a copy of this said presentment to all listed parties.



Roosevelt L. Williams
c/o 554 Boynton Ave
Benton Harbor, MJ. (49022)
Under Necessity



GRAND RAPIDS MI 493

23 AUG 2025 PM 2 L



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
CLERK OF THE COURT
339 FEDERAL BUILDING
110 MICHIGAN STREET NORTH WEST
GRAND RAPIDS, MICHIGAN 49503

49503-231789