**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed:  September 26, 2025

Mr. Roosevelt Lashawn Williams
554 Boynton Avenue
Benton Harbor, MI 49022

Re:  Case No. 25-1862, *In re: Roosevelt Williams*
Originating Case No.  1:25-cv-00696

Dear Mr. Williams:

    The petition for writ of mandamus has been docketed as case number **25-1862** with the caption listed above.  If you have not already done so, you must mail a copy of the petition to the lower court judge and counsel for all the other parties.

    The filing fee for the petition is $600.00, which is payable to the Clerk, Sixth Circuit Court of Appeals.  If you wish to seek a waiver of the filing fee, a motion for pauper status with a completed financial affidavit is due by **October 10, 2025**.  The financial affidavit is available at www.ca6.uscourts.gov.

    The district court judge to whom this petition refers has been served with this letter.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Monica
Direct Dial No. 513-564-7021

cc:  Ms. Ann E. Filkins

Enclosure:  Motion for Pauper Status and Financial Affidavit

# RECEIVED

SEP 22 2025

KELLY L. STEPHENS, Clerk

U.S DISTRICT COURT
FOR THE 6th CIRCUIT
COURT OF APPEALS


ROOSEVELT LASHAWN WILLIAMS (GRANTOR)
    PLAINTIFF

Roosevelt-Lashawn of the Williams Family (Trustee)
    Third-Party Plaintiff


v.

        HONORABLE: HALA Y. JARBOU
        CASE NO. 1:25-cv-696
        C.O.A NO: _____

GRIFOLS PLASMA CENTER, DONNA
(Last Name Unknown), SAMANTHA
(Last Name Unknown)
    DEFENDANT(S)

_____/


## PETITION FOR ORDER OF COMPLIANCE


This Petition/Motion to compel compliance is being filed pursuant to TITLE 28 U.S.C. 2072 and Fed. R. Civ. Proc 37.


1. On the Twenty Third Day of June in the Year of Our LORD, Two Thousand Twenty-Five, the PLAINTIFF filed a complaint against the above-named DEFENDANT(S) in the U.S DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN with an application to proceed in forma pauperis;

2.  On the Twenty Sixth Day of June in the Year of Our LORD, Two Thousand Twenty-Five the EASTERN DISTRICT OF MICHIGAN transferred the case to the U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN;

3.  On the Second Day of July in the Year of Our LORD, Two Thousand Twenty-Five, an ORDER to proceed in forma pauperis was issued, to which pursuant to Fed. R. Civ. Proc 4, the presumption was made that the DEFENDANT(S) had been served with a copy of all necessary documents (i.e. SUMMONS and COMPLAINT...);

4.  On the Eleventh Day of July in the Year of Our LORD, Two Thousand Twenty-Five, assuming, that pursuant to Fed. R. Civ. Proc 4, the DEFENDANT(S) had been served, a "MOTION TO COMPELL" was filed and copies were sent to all parties;

5.  On the Fourteenth Day of July in the Year of Our LORD, Two Thousand Twenty-Five, the "MAGISTRAGATE JUDGE" issued a "REPORT AND RECOMMENDATION";

6.  On the Twenty First Day of July in the Year of Our LORD, Two Thousand Twenty-Five, a "OBJECTION TO THE REPORT AND RECOMMENDATION" was filed and mailed to all parties;

7.  On the Fifteenth Day of August in the Year of Our LORD, Two Thousand Twenty-Five, the presiding Honorable JUDGE HALA Y. JARBOU, did indeed in an Honorable manner, reject the "MAGISTRAGATE JUDGE'S" "REPORT AND RECOMMENDATION". Presuming that the DEFENDANT(S) had been served, in accordance with Fed. R. Civ. Proc 4, as 21 days had lapsed with no response from the DEFENDANT(S), a "MOTION FOR DEFAULT" had been prematurely filed;

8.  On the Twenty-Fifth Day of August in the Year of Our LORD, Two Thousand Twenty-Five, an Application For Electronic filing was filed;

Pursuant to Fed. R. Civ. Proc 4, upon being granted in forma pauperis status the COURT is supposed to direct the U.S. MARSHALLS to serve the DEFENDANT with Service/NOTICE of civil actions being taking, to which as of this date has not been done.

The "PETITION FOR ORDER TO COMPELL DISCOVERY/DISCLOSURE" is governed by Fed. R. Civ. Proc Rules 37(a) and 45 as a required necessity to preserve EVIDENCE and sustain a claim under Fed. R. Civ. Proc. Rule 56. As the DEFENDANT(S) has been served with a copy of the "PETITION FOR ORDER TO COMPELL DISCOVERY/DISCLOSURE" to which may or

may not support the PLAINTIFF(S) claim being asserted, that any denial of said requested item existing, hereby preserves a claim of evidence tampering.

The above-named PLAINTIFF(S) hereby PETITION this HONORABLE COURT to issue to U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN an ORDER to comply with Fed. R. Civ. Proc. 4 and issue an ORDER OF SERVICE upon the DEFENDANT(S) along with issuing an ORDER TO COMPELL DISCOVERY as requested on the Eleventh Day of July in the Year of Our LORD, Two Thousand Twenty-Five.

Without Prejudice All Rights Reserved

Roosevelt-Lashawn of the Williams Family

September 15, 2025

*Roosevelt L. Williams*
*c/o 554 Boynton Ave*
*Benton Harbor, MI. (49022)*
*Under Necessity*

GRAND RAPIDS MI   493

17 SEP 2025 · AM 4  L



**RECEIVED**

SEP 22 2025

KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE 6th CIRCUIT
CLERK OF THE COURT
POTTER STEWART U.S COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202

45202-391761