**FILED - GR**
November 10, 2025 3:27 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW , 11-12

UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF MICHIGAN


ROOSEVELT LASHAWN WILLIAMS (GRANTOR)
  PLAINTIFF

Roosevelt-Lashawn of the Williams Family (Trustee)
  Third-Party Plaintiff



v.

                                         HONORABLE: HALA Y. JARBOU
                                         CASE NO. 1:25-cv-696



GRIFOLS PLASMA CENTER, DONNA
(Last Name Unknown), SAMANTHA
(Last Name Unknown)
    DEFENDANT(S)

_____/


ROOSEVELT LASHAWN WILLIAMS
554 BOYNTON AVE
BENTON HARBOR REPUBLIC OF MICHIGAN (49022)
menoflightorganization@gmail.com
(269)849-6112

## REQUEST FOR DEFAULT JUDGMENT

I, *Rooievel-Lahawn of the Williams Family*, do hereby certify, attest, depose, do say,  and/or declare under penalty of perjury, that the foregoing herein stated statements, averments, and/or declared, to the best of my knowledge, belief, information, and/or understanding, to be Not Misleading, Accurate, Correct, and the Truth, The Whole Truth and Nothing but SO Help Me Allah [SWT].

### *AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT*

"INDEED, NO MORE THAN AFFIDAVITS IS
NECESSARY TO MAKE THE PRIMA FACIE CASE."
UNITED STATES V. KIS, 658 F.2D 526, 536 (7™ CIR. 1981)

### *AVERMENT(S)*

1. On July 3, 2025, notice of civil action(s) was mailed to the above-named Defendant(s):

2. On October 18, 2025, the DEFENDANT(S) was given due and sufficient notice of commencement of the civil action(s) being taken with notice to respond within (21) days:

3. As of today's date, NO response has been received from the DEFENDANT(S).;

4. Plaintiff(s) requested Punitive damages in the amount of $120,000.00 U.S. dollar currency per day of prohibited access to the GRIFOLS PLASMA DONATION CENTER, to which as of today's dates has been approximately (147) days of being prohibited access to which totals $ 17,640,000.00 U.S. dollars currency;

5. Plaintiff(s) requested Punitive damages in the amount of $120,000.00 U.S. dollars currency per person involved/given notice of said violation(s), to which the law of the Principal and Agent is applicable, GRIFOLS PLASMA CENTER has an estimated 23,800 employees brings total to $2,856,000,000.00 U.S. dollars currency.;

6. Plaintiff(s) requested Punitive damages in the amount of $ 120,000.00 per person per violation(s) which is as follows: (i) Amendment I of the ***united States of America***

Constitution *"FREEDOM OF SPEACH"*; (ii) Amendment XIV of the *united States of America Constitution "EQUAL PROTECTION CLAUSE"*; (iii) Discrimination; and (iv) Retaliation which totals to $ 11,424,000,000.00 U.S. dollars currency.;

Pursuant to *Fed. R. Civ. Proc. 12(1)* DEFENDANT(S) are required to file with the COURT and PLAINTIFF(S) a response to any and all claims being asserted against him/her/them within (21) days of receipt of said *SUMMONS AND COMPLAINT/NOTICE OF CIVIL ACTION(S) BEING COMMENCED*. Said NOTICE was served upon the DEFENDANT(S) on the Eighteenth Day of October in the Year of Our LORD Two Thousand Twenty-Five. As of today's date, NO response has been received from the above-named DEFENDANT(S) to which has exceeded the (21) day response deadline as stated in *Fed. R. Civ. Proc. 12(1). Pursuant Fed. R. Civ. Proc. 8(b)(6)* the DEFENDANT(S) has acquiesced to the allegation(s) stated therein said complaint and via the doctrine of estoppel is barred from asserting a claim of defense.

Pursuant to *Fed. R. Civ. Proc 55(a)(b)(1),* upon being provided with an *AFFIDAVIT* by the PLAINTIFF(S), stating the amount owed, which is a total of $ 14,297,640,000.00 U.S. dollars currency, the *CLERK OF THE COURT*, without a judge shall enter default judgment in favor of the PLAINTIFF(S).

*Furthermore,* pursuant to *Fed. R. Civ. Proc. 73* and *28 U.S.C § 636(c)* *PLAINTIFF(S) DOES NOT CONSENT* to the MAGISTRATE JUDGE conducting/involvement of this civil action.

PLAINTIFF(S) hereby request the CLERK OF THE COURT, pursuant to the above cited COURT RULE(S), to preciously calculate the total amount due and to ENTER DEFAULT JUDGMENT in favor of the PLAINTIFF(S) for the requested sought relief/amount shown herein.

S/

Roosevelt-Lashawn of the Williams Family
All Rights Reserved/Without Prejudice
Sui Juris

SEAL Pursuant to FRE R 902

SUBSCRIBED AND SWORN TO before <u>Alexis Shyanne Balcom</u>
<b>Notary Public Print Name</b>

This _____10_____, Day Of, _____November_____

In The Year of Our LORD Two Thousand Twenty _____25_____

NOTARY PUBLIC OF _____Kent_____ COUNTY

STATE OF _____MI_____

MY COMMISSION EXPIRES ON _____10/17/2028_____

<u>Alexis Shyanne Balcom</u> _____SEAL/STAMP:
**Notary Public Signature**

> **ALEXIS SHYANNE BALCOM**
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF HILLSDALE
> My Commission Expires October 17, 2028
> Acting in the County of _____Kent_____

## CERTIFICATE OF SERVICE

I, WE do hereby certify under penalty of perjury that on this _____10th_____ Day of
_____November_____, in the Year of Our LORD Two Thousand Twenty-Five to mailing via First Class mail a copy of this said presentment to all listed parties.

*Further Affiant Sayeth Not. SO MOTE TO BE*