UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

        Plaintiff,

v.

GRIFOLS PLASMA CENTER,
*et al.*,

        Defendants.

_____/

Case No. 1:25-cv-696

Hon. Hala Y. Jarbou

**ORDER**

This matter is now before the Court on various papers filed by plaintiff.  The Court has allowed plaintiff Roosevelt Lashawn Williams to proceed with this lawsuit as an individual. This matter is now before the Court on various papers filed by plaintiff in this matter.

First, plaintiff filed a "Petition for order to compell [sic] discovery/disclosure" and a "Petition for summary judgment" (ECF No. 10).  However, plaintiff did not file this paper in his own right.   Rather, plaintiff filed this paper in his alleged capacity as an "Authorized Representative" of a trust, *i.e.*, "Roosevelt-Lashawn of the Williams, sui Juris (Trustee) All Rights Reserved".  PageID.9.  There is no trust involved in this lawsuit.  Furthermore, these requests are premature.  Defendant has not yet appeared in this case.  Accordingly, these petitions are **DENIED** as improvidently filed.

Second, there is a "Request for summary judgment" (ECF No. 13) against defendant seeking over 13 Billion "U.S. dollars currency".  As discussed, a motion for summary judgment is premature.  Accordingly, plaintiff's request is **DENIED** as improvidently filed.

Third, there is a "Request for default judgment" (ECF No. 15).  Default judgments are entered pursuant to Fed. R. Civ. P. 55(b).  Entry of a default under Fed. R. Civ. P. 55(a) is a prerequisite to the entry of a default judgment.  *See, e.g., Ramada Franchise Systems, Inc. v. Baroda Enterprises, LLC*, 220 F.R.D. 303, 305 (N.D. Ohio 2004).   There is no record that defendant was defaulted pursuant to Fed. R. Civ. P. 55(a).  For that reason, the Court cannot enter a default judgment against defendant pursuant to Fed. R. Civ. P. 55(b)(2). Accordingly, plaintiff's motion for default judgment is premature and **DENIED** as improvidently filed.

Fourth, there is a "Motion to withdraw motion for default judgment" (ECF No. 17). Plaintiff filed this paper in his alleged capacity of "Roosevelt-Lashawn of the Williams Family (Trustee), sui Juris, All Rights Reserved".  PageID.50.  There is no trust involved in this lawsuit. Accordingly, this motion is **DENIED** as improvidently filed.

Fifth, there is another "Request for default judgment" (ECF No. 23). As discussed, plaintiff's motion for default judgment is premature.  Accordingly, plaintiff's motion is **DENIED** as improvidently filed.

**IT IS SO ORDERED**.

Dated: November 17, 2025                              /s/ Ray Kent
                                                      RAY KENT
                                                      United States Magistrate Judge

2