**FILED - GR**
November 24, 2025 2:37 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: ‿‿ /‿‿-‿‿

UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF MICHIGAN


ROOSEVELT LASHAWN WILLIAMS (GRANTOR)
    PLAINTIFF
Roosevelt-Lashawn of the Williams Family (Trustee)
    Third-Party Plaintiff


v.                                                    HONORABLE: HALA Y. JARBOU

                                                     CASE NO. 1:25-cv-696


GRIFOLS PLASMA CENTER, DONNA
(Last Name Unknown), SAMANTHA
(Last Name Unknown)
    DEFENDANT(S)

_____/


**OBJECTION TO MOTION TO DISMISS**


**I)      _DISCUSSION_**

All lower courts are bound by U.S. Supreme Court rulings is a core tenet of the American legal system, though it isn't established by a single case. Rather, it is an established principle of vertical stare decisis supported by landmark decisions like *Marbury v. Madison (1803)* and *Martin v. Hunter's Lessee (1816)*. Marbury established the Supreme Court's power of judicial review, and Martin extended that power over state courts, affirming the Supreme Court's role as the final interpreter of federal law.

*Marbury v. Madison (1803)*: This case is fundamental to the Supreme Court's authority, establishing that the federal judiciary is supreme in interpreting the law of the Constitution. This established the power of judicial review, meaning the Supreme Court can declare laws unconstitutional, and its rulings are binding on all lower courts.

*Martin v. Hunter's Lessee (1816)*: This case further solidified the Supreme Court's authority by holding that the Supreme Court's decisions on federal law are binding on state courts as well. The Court affirmed its jurisdiction over appeals from state court decisions, establishing the Supreme Court as the final authority on federal law for both federal and state courts.

Vertical stare decisis: The principle that lower courts must follow the precedents set by higher courts is known as vertical stare decisis. This concept is the foundation of the hierarchical structure of the U.S. court system and ensures consistency in the application of law across the country.

Binding authority: As a result of these foundational rulings and the principle of vertical stare decisis, a U.S. Supreme Court decision is considered binding authority on all lower federal and state courts.

The DEFENDANT(S) states that because they're a private company that they're not subjected to suit under 42 U.S.C. § 1983 as the primary basis for dismissal of the case in its entirety, to which the U.S SUPREME COURT has stated otherwise.

In *Federal Crop Ins Corp v. Merrill,* the U.S. SUPREME COURT clearly states, "That a private company must follow federal rules if it receives federal funds, even if the company is not directly a government entity." This is based on the idea that the company is acting as an agent for the government. *Federal Crop. Ins. Corp v. Merrill*, 332 U.S 380(1947).

In **_Campbell-Ewald Co_ v. _Gomez_ 577 U.S. 153 (2016)**, the U.S. SUPREME COURT established that contractors cannot claim "derivative sovereign immunity" when their conduct violates both federal law and the government's instructions. The Supreme Court's decisions indicates those companies are subject to lawsuits when they fail to uphold their contractual obligations. The court noted that a federal contractor who performs as directed by the government and its government contract may be shielded from liabilities caused by its conduct.

Here the DEFENDANT(S) action(s) were done out of retaliation  for the PLAINTIFF(S) exercising his/their rights as secured via the **_united States of America Constitution_** to which is not within the DEFENDANT(S) Federal Contract(s), to which is as stated in **_Kousisis_ v. _United States_** ruling is subjected to criminal liability/behavior.

Grifols plasma centers are not government-owned entities, they are part of a private, global healthcare company. However, Grifols has entered into formal collaborations and contracts with U.S and other national government agencies for specific projects, meaning it acts as a government contractor and is therefore subject to 42 U.S.C 1983 suit(s).

The DEENDANT(S) states the American with Disabilities Act requires exhaustion of administrative remedy.

The American with Disabilities Act applies to people on disability by prohibiting discrimination and ensuring equal opportunity in areas like employment, public accommodations and **_GOVERNMENT SERVICES_**.

The U.S SUPREME COURT ruled 9in 2023 that the administrative exhaustion requirement from the individuals with Disabilities Education Act does not apply to ADA claims that seek only money damages. **_Perez_ v. _Sturgis Public Schools_, 598 U.S 142 (2023).**

Furthermore, the exhaustion of Administrative Remedy was met when the PLAINTIFF(S) filed a complaint with the GRIFOLS PLASMA CENTER customer service complaint department.

The DEFENDANT(S) states that the PLAINTIFF(S) failed to allege race discrimination by a state or federal institution in connection with the federal funding of a program or activity.

PLAINTIFF(S) may not have properly articulated the issue(s)/claim of discrimination clearly. The PLAINTIFF(S) implies, by the mentioning of that the DEFENDANT(S) are Female, and the PLAINTIFF(S) are male, which would establish difference in gender, and that the DEFENDANT(S) are Caucasians and the PLAINTIFF(S) are African American which would establish race. The PLAINTIFF(S) feels/believes that the DEFENDANT(S) whom works for a private company that, via the U.S. SUPREME COURT ruling/decision in **_Federal Crop Ins Corp_ v. _Merrill_ 332 U.S 380 (9147)**, definition is defined as an Agent of the Federal Government

involved program(s) activities to qualify for Federal Funding, discriminatory action(s) were based on his/their skin complexion and race.

The DEFENDANT(S) states that since they're not a Federal Agency, the Privacy Act does not apply. To which according to the above cited U.S. SUPREME COURT ruling/decision/definition, the DEFENDANT(S) are Agent(s) of the Federal Government, and their action(s) are those of a Agent of the Federal Government/Federal Agent of the Government making the Privacy Act applicable.

The PLAINTIFF(S) does not contest the dismissal of the WHISTLEBLOWER ACT claim and the Defamation claim being dismissed without prejudice.

The PLAINTIFF(S) has alleged the following:

i)    The DEFENDANT(S) action(s) were done with malice and intent;
ii)   The DEFENDANT(S) action(s) were discriminatory;
iii)  The DEFENDNT(S) action(s) were retaliatory; and
iv)   The DEFENDANT(S) action(s) violated the PLAINTIFF(S)' constitutional rights;

The DEFENDANT(S) has not denied the allegation(s) as stated in said complaint and therefore pursuant to *Fed. R. Civ. Proc. 8(b)(6)* via Nihil Dicit has acquiesced to the allegation(s) stated therein said complaint via the doctrine of Judicial Estoppel is barred from asserting a claim of defense.

For the above stated reasons above the DEFENDANT(S) MOTION TO DISMISS, the case in its entirety should be DENIED.

So Mote To Be

All Rights Reserved/Without Prejudice

S/ *Roosevelt-Lashawn of the Williams Family*

Roosevelt-Lashawn of the Williams Family, Sui Juris
c/o 554 Boynton Avenue
Benton Harbor, Michigan [No Fed Code]

## CERTIFICATE OF SERVICE

I/We do hereby certify under penalty of perjury that on this Nineteenth Day of November, in the Year of Our LORD, Two Thousand Twenty-Five, to mailing via First Class mail a copy of this said presentment to all parties.



Roosevelt L. Williams
c/o 754 Boynton Ave
Benton Harbor, MI. (49022)
Under Necessity



GRAND RAPIDS MI  493

20 NOV 2025  PM 2  L

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
CLERK OF THE COURT
339 FEDERAL BUILDING
110 MICHIGAN STREET NORTH WEST
GRAND RAPIDS, MICHIGAN 49503

49503-231789