UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS ,

    Plaintiff,

v.

                                  Hon. Hala Y. Jarbou

                                  Case No. 1:25-cv-696

GRIFOLS PLASMA CENTER , et al.,

    Defendants.

_____/

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

    Roosevelt Lashawn Williams  has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

    OBJECTION re [32] – ECF No. 33

    This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Roosevelt Lashawn Williams  files a signature page (attached) within 21 days of the date of this order.

    IT IS SO ORDERED

Date:  January 23, 2026                                  /s/ Ray Kent
                                                                          RAY KENT
                                                                          U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Roosevelt Lashawn Williams ,

    Plaintiff,

v.

Grifols Plasma Center , et al.,

    Defendants.

_____/

Hon. Hala Y. Jarbou

Case No. 1:25-cv-696

**SIGNATURE PAGE FOR:**

OBJECTION re [32] – ECF No. 33

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.