UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
February 5, 2026 12:10 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns    SCANNED BY: JV  /2-6

ROOSEVELT LASHAWN WILLIAMS ,

    Plaintiff,

                                    Hon. Hala Y. Jarbou

v.

                                      Case No. 1:25-cv-696

GRIFOLS PLASMA CENTER , et al.,

    Defendants.

_____/

## SIGNATURE PAGE FOR:

OBJECTION re [32] – ECF No. 33

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_Williams ucc 31-308_

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.



Alberta Will?
Roosevelt Boynton Ashams
Benton Harbor
# a 5th Boynton Ave
Benton Harbor, MI (49022)
Under Necessity



GRAND RAPIDS MI  493

3 FEB 2026   PM 1  L



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
CLERK OF THE COURT
339 FEDERAL BUILDING
110 MICHIGAN STREET NORTH WEST
GRAND RAPIDS, MICHIGAN 49503

49503-231789