UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

Plaintiff,

v.

GRIFOLS PLASMA DONATION CENTER, et al.,

Defendants.
______________________________/

Hon. Hala Y. Jarbou

Case No. 1:26-cv-00116

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

Roosevelt Lashawn Williams has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Surreply to Motion/Objection – ECF No. 20

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Roosevelt Lashawn Williams files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date: September 24, 2026

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROOSEVELT LASHAWN WILLIAMS,

Plaintiff,

v.

GRIFOLS PLASMA DONATION CENTER, et al.,

Defendants.
______________________________/

Hon. Hala Y. Jarbou

Case No. 1:26-cv-00116

**SIGNATURE PAGE FOR:**

Surreply to Motion/Objection – ECF No. 20

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

______________________________________

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.